FILED
CLERK, U.S. DISTRICT COURT

AUG 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANTHONY CARDENAS,           )  NO. CV 07-6713-VAP(E)
                            )
         Petitioner,        )
                            )
    v.                      )  JUDGMENT
                            )
JAMES A. YATES,             )
                            )
         Respondent.        )
_____)

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this Petition is denied and dismissed with prejudice.

DATED: August 15, 2008.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE